IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CUMBERLAND COUNTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Case No.: 5:22-cv-157-D |
| ) | |
| THE CHEMOURS COMPANY, THE ) | |
| CHEMOURS COMPANY FC LLC, E.I. ) | |
| DUPONT DE NEMOURS AND COMPANY, ) | |
| INC., DUPONT DE NEMOURS, INC., AND ) | |
| CORTEVA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER ON PLAINTIFF'S
## UNOPPOSED MOTION TO STAY

Upon consideration of Plaintiff's Unopposed Motion to Stay, it is hereby ORDERED that Plaintiff's Motion is hereby GRANTED. Plaintiff's responses to Defendants' motions to dismiss (Dkt. 10 & 12) are hereby stayed pending an order on Plaintiff's Motion to Remand.

SO ORDERED. This __9__ day of May, 2022.

JAMES C. DEVER III
United States District Judge