IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CUMBERLAND COUNTY, </br></br> Plaintiff, </br></br> vs. </br></br> THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC LLC, E.I. DUPONT DE NEMOURS AND COMPANY, INC., DUPONT DE NEMOURS, INC., AND CORTEVA, INC., </br></br> Defendants. | Civil Case No.: 5:22-cv-157-D |

## ORDER LIFTING STAY

This matter is before the Court on the Motion of Defendants The Chemours Company FC, LLC and The Chemours Company and E. I. du Pont de Nemours and Company, Inc. (collectively, "Defendants") to Lift Stay. [D.E. 34 (the "Motion")]. For good cause shown, the Motion is GRANTED.

IT IS ORDERED that the Stay previously entered by this Court on May 9, 2022 [D.E. 33] be and hereby is LIFTED for the limited purpose of resuming proceedings on Defendants' pending motion to dismiss [D.E. 10]. Any briefs in opposition to Defendants' pending Motion to Dismiss [D.E. 10] shall be filed within twenty-one days of the date this Order is entered, with further briefing as permitted under the Local Rules.

The matter will otherwise remained STAYED.

SO ORDERED, this the ___2___ day of June, 2022.

James C. Dever III
United States District Judge